**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| | ) | |
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Collette Bouchard v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10538-DRH |
| *Barbara DiRocco v. Bayer Corporation, et al.* | No. 10-cv-13817-DRH |
| *Diane Koenig v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10021-DRH |
| *Sylvia Mathurin v. Bayer Corporation, et al.* | No. 12-cv-10610-DRH |
| *Tiffany McKee v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10598-DRH |
| *Shannon Sawyers v. Bayer Corporation, et al.* | No. 11-cv-10129-DRH |
| *Victoria Trace v. Bayer Corporation, et al.* | No. 11-cv-10963-DRH |

**<u>JUDGMENT IN A CIVIL CASE</u>**

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on March 17, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:**  /s/*Caitlin Fischer*

Digitally signed by   **Deputy Clerk**
David R. Herndon
Date: 2015.03.18
14:58:10 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT